UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SADDAM HUSSEIN | Misc. Action No. 06–566 (CKK) |

**ORDER**
(December 29, 2006)

For the reasons set forth in an accompanying Memorandum Opinion, it is, this 29th day of December, 2006, hereby

ORDERED that Petitioner Hussein's [1] Application for Immediate, Temporary Stay of Execution is DENIED.

*This is a final, appealable order*.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge